UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        CRIM. CASE NO. 98-80812

    Plaintiff,

v.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

D-4 DURAND FORD,

    Defendant.
_____/

**ORDER**
**DENYING DEFENDANT'S MOTION FOR SENTENCING REDUCTION (Dkt #681)**
**SEEKING TO APPLY SENTENCING COMMISSION AMENDMENT 750**
**RETROACTIVELY, TO LOWER HIS SENTENCE**

In *United States v. Blewitt*, __F.3d__, 2013 WL 6231727 (6th Cir. 2013), the United States Court of Appeals, *en banc*, held the Fair Sentencing Act of 2010 "does not retroactively undo final sentences."

Accordingly, Defendant's Motion is DENIED.

SO ORDERED.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  April 15, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 15, 2014.

                                  s/Deborah Tofil
                                  Case Manager